IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER L. INGRAM                                                      PLAINTIFF

v.                                             Civil No. 6:15-cv-6043

CAPTAIN BRANSETTER;
LT. ANSLEY; JAIL DEPUTY HALL;
DEPUTY BAREITT; and DR. JOHN DOE
(Garland County Detention Center)                                          DEFENDANTS

### ORDER

Before the Court is the Report and Recommendation filed July 20, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Bryant recommends that Plaintiff's complaint be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The dismissal of this action constitutes a "strike" pursuant to 28 U.S.C. § 1915(g). Thus, the Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED**, this 15th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge